UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CHARLES COUNCIL,                                :

                Plaintiff,            :     **ORDER**

    -against-                                :     07 Civ. 3838 (SHS)(FM)

J.K. MUNZENBERGER, et ano,            :

                Defendant.            :

-------------------------------------------------------------X

**FRANK MAAS,** United States Magistrate Judge.

    Pursuant to a conference held earlier today, it is hereby ORDERED that:

1. On or before November 22, 2007, all discovery shall be completed.

2. A further conference shall be held on December 3, 2007, at 9:45 a.m. in Courtroom 20A.

    SO ORDERED.

Dated:    New York, New York
            November 1, 2007

                                                FRANK MAAS
                                      United States Magistrate Judge

Copies to:

Honorable Sidney H. Stein
United States District Judge

Charles Council, pro se
2022 Cicero Avenue
Bronx, New York 10473

Brian M. Feldman, Esq.
Assistant United States Attorney
Fax: (212) 637-2717