MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: BRIAN M. FELDMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone No. (212) 637-2777
Facsimile No. (212) 637-2717

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12 6 07 (VP)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

CHARLES COUNCIL,                                    :
                                                    :
                Plaintiff,                          :        **STIPULATION AND**
                                                    :        **ORDER OF SETTLEMENT**
        – against –                                 :        **AND DISMISSAL**
                                                    :
J.K, MUNZENBERGER and the U.S. POSTAL               :        07 Civ. 3838 (SHS) (FM)
SERVICE,                                            :
                                                    :
                Defendants.                         :
------------------------------------------------------------ x

        IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff

Charles Council ("Plaintiff"), defendants J. K. Munzenberger, in his official capacity, and the

United States Postal Service (the "Named Defendants"), and the United States of America (the

"United States"), that the above-captioned action, brought against Defendants pursuant to the

Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680 (the "Action"), shall be resolved as

follows:

        1.      The United States will pay to Plaintiff $1,800.00 (the "Settlement

Amount") by check payable to "Charles Council," which sum shall be in full settlement of any

and all claims that Plaintiff and his agents, employees, or independent contractors now have or

may hereafter acquire against the Named Defendants, United States, or any department, agency,

agent, officer, or employee of the United States or the United States Postal Service ("USPS") on

account of the alleged facts, events, and circumstances giving rise to this suit, or on account of any collision occurring between Plaintiff and a USPS vehicle on October 13, 2006.

2.      Plaintiff represents that he does not have, and never has had, any insurance liability coverage, or any right to indemnification or contribution from any source other than the Named Defendants or the United States, which has ever entitled him or ever would entitle him to make any claim of any sort against any person or entity, other than the Named Defendants or the United States, for liability for, payment of, or reimbursement for, for any of the damages claimed in this Action.  The promise in paragraph one of this stipulation is contingent on this representation; and the falsity of the representation is deemed by the parties to constitute a material breach of this settlement.

3.      This Action is hereby dismissed with prejudice and without costs.

4.      This stipulation shall not constitute an admission of liability or fault on the part of the Named Defendants, the United States, or any department, agency, agent, officer, or employee of the United States.

5.      Plaintiff stipulates and agrees to accept the Settlement Amount in full settlement and satisfaction of any and all claims and demands which he or his heirs, executors, successors in interest, administrators, or assigns may have or hereafter acquire against the Named Defendants, or the United States, its  departments, agencies, agents, officers, or employees on account of the alleged facts, events, and circumstances giving rise to this suit, or on account of any collision occurring between Plaintiff and a USPS vehicle on October 13, 2006.

6.      Plaintiff expressly agrees that the Named Defendants and the United States, including its departments, agencies, agents, officers, and employees, is released from any and all claims and liability arising directly or indirectly from the subject matter of this action, or from any collision occurring between Plaintiff and a USPS vehicle on October 13, 2006, upon complying with the terms of this stipulation.

2

7.     Plaintiff further stipulates and agrees to indemnify and hold harmless the Named Defendants and the United States, its  departments, agencies, agents, officers, and employees, from any and all causes of action, claims, rights, or subrogated interests arising directly or indirectly from the subject matter of this action or from any collision occurring between Plaintiff and a USPS vehicle on October 13, 2006, or claims arising from the assignment of claims and liens upon the settlement proceeds.

8.     Plaintiff further stipulates and agrees to reimburse or advance, at the option of counsel for the Named Defendants or the United States, any expense or cost that may be incurred incident to or resulting from any further litigation or prosecution of any claim by Plaintiff against any entity not a party to this Action.

9.     Payment of the consideration set forth in paragraph one of this stipulation shall be made to Plaintiff only after execution of this settlement by parties and entry of this stipulation by the Court.

10.     Settlement of this Action is to be without interest, costs, or disbursements and inclusive of attorney's fees in accordance with 28 U.S.C. § 2678, and any liens and fees are to be satisfied by Plaintiff out of the amount of this settlement.

11.     Plaintiff, the Named Defendants, and the United States understand and agree that this stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

3

Dated: November 21, 2007
      Bronx, New York

Dated: November 20, 2007
      New York, New York

          MICHAEL J. GARCIA
          United States Attorney for the
          Southern District of New York
          Attorney for Defendants

By: _____

      CHARLES COUNCIL, Pro Se
      2022 Cicero Avenue
      Bronx, New York 10473
      Telephone No. (718) 892-0651

By: _____

      BRIAN M. FELDMAN
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Telephone No. (212) 637-2777
      Facsimile No. (212) 637-2717

Date: 12/6/07

So Ordered. _____

HON. FRANK MAAS
United States Magistrate Judge
United States District Court for the
Southern District of New York

4